FRANKLIN C. ADAMS, Bar No. 85351
franklin.adams@bbklaw.com
CATHY TA, Bar No. 261880
cathy.ta@bbklaw.com
BEST BEST & KRIEGER LLP
3390 University Avenue, 5th Floor
P.O. Box 1028
Riverside, CA 92502
Telephone: (951) 686-1450
Facsimile: (951) 686-3083

Attorneys for Robert S. Whitmore, the Chapter 7
Trustee for the Bankruptcy Estate of Paul Merrigan
and Holly Merrigan

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>PAUL MERRIGAN and HOLLY MERRIGAN,<br><br>                  Debtors. | Case No. 6:14-bk-18984-WJ<br><br>Chapter: 7 |
| ROBERT S. WHITMORE, the Chapter 7 Trustee for the Bankruptcy Estate of Paul Merrigan and Holly Merrigan,<br><br>               Plaintiff,<br><br>               v.<br><br>SAFE SWAP LLC, a California limited liability company, PAUL MERRIGAN, an individual, and HOLLY MERRIGAN, an individual,<br><br>               Defendants. | Adv No. _____<br><br>COMPLAINT FOR:<br>(1) Determination that Property is Property of the Bankruptcy Estate Pursuant to 11 U.S.C. § 541(a)<br>(2) Avoidance of Post-Petition Transfer Pursuant to 11 U.S.C. § 549(a)(1)<br>(3) Recovery of Property or its Value Pursuant to 11 U.S.C. § 550(a)<br>(4) Preservation of Avoided Transfer as Property of the Bankruptcy Estate Pursuant to 11 U.S.C. §§ 551 and 541(a)(4) |

23336.00087\24581566.2

COMPLAINT

LAW OFFICES OF
BEST BEST & KRIEGER LLP
3390 UNIVERSITY AVENUE, 5TH FLOOR
P.O. BOX 1028
RIVERSIDE, CA 92502

Plaintiff Robert S. Whitmore, the Chapter 7 Trustee for the Bankruptcy Estate of Paul Merrigan and Holly Merrigan, hereby alleges and avers as follows as his complaint ("Complaint") against Defendants Safe Swap LLC, Paul Merrigan and Holly Merrigan as follows:

## I.

## JURISDICTION AND VENUE

1.      This action is brought pursuant to, and under, Federal Rule of Bankruptcy Procedure ("FRBP") 7001 to seek relief in accordance with 11 U.S.C. §§ 541, 549, 550, and 551.

2.      This Court has jurisdiction over this adversary proceeding pursuant to 28 U.S.C. §§ 157(a) and 1334 and pursuant to General Order No. 13-05 dated July 1, 2013 referring all Title 11 cases and proceedings in this District to the bankruptcy judges for the Central District of California.

3.      Venue is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409, as this adversary proceeding arises under Title 11 or arises under or relates to a case under Title 11 which is pending in this District.

## II.

## PARTIES

4.      On July 11, 2014 (the "Petition Date"), Defendants Paul Merrigan and Holly Merrigan (collectively the "Debtors") filed a voluntary petition for Chapter 7 relief in the Riverside Division of the United States Bankruptcy Court for the Central District of California, initiating bankruptcy case number 6:14-bk-18984-WJ (the "Bankruptcy Case") and creating the Bankruptcy Estate of the Debtors.

5.      Plaintiff Robert S. Whitmore (the "Trustee") was appointed, became, and as of the date of the filing of this Complaint, is the duly acting and qualified Chapter 7 Trustee for the Bankruptcy Estate of the Debtors.

6.      On information and belief, Defendant Safe Swap LLC is a California limited liability company.

/ / /

LAW OFFICES OF
BEST BEST & KRIEGER LLP
3390 UNIVERSITY AVENUE, 5TH FLOOR
P.O. BOX 1028
RIVERSIDE, CA 92502

## III.

## GENERAL ALLEGATIONS

7.      On July 11, 2014 (the "Petition Date"), the Debtors filed a voluntary petition for Chapter 7 relief with the representation of counsel (main case, docket no. 1).

8.      On July 21, 2014, the Debtors filed their Schedules (main case, docket no. 11).  On Schedule A, they listed one real property interest described as "Solano county land," with a current value of $185,000 and a secured claim of $153,028.00.  Attached as <u>Exhibit 1</u> is a true and accurate copy of Schedule A and Amended Schedule A.

9.      Five days later, on July 26, 2014, for an unspecified "valuable consideration," the Debtors executed a Quitclaim Deed transferring to Safe Swap LLC certain real property in the County of Solano, California, commonly known as Assessor's Parcel Number 0067-040-220 (the "Solano Property"). This transfer of property shall hereinafter be referred to as the "Transfer". On August 1, 2014, the Quitclaim Deed was recorded in the County of Solano, California.  Attached as <u>Exhibit 2</u> is a true and accurate copy of the recorded Quitclaim Deed.

10.     On information and belief, the Quitclaim Deed transfer of the Solano Property was made for the direct or indirect benefit of the Debtors.

## IV.

## FIRST CLAIM FOR RELIEF

### Determination that Property is Property of the Bankruptcy Estate

### Pursuant to 11 U.S.C. § 541(a)

11.     The Trustee re-alleges and incorporates herein by this reference each and every allegation contained in paragraphs 1 through and including 10 of this Complaint.

12.     The Trustee seeks a declaratory judgment that the Solano Property constitutes property of the Bankruptcy Estate of the Debtors pursuant to 11 U.S.C. ¶ 541(a), including but not limited to subdivisions (1), (3) and (4).

/ / /

/ / /

/ / /

23336.00087\24581566.2                                    - 3 -                                    COMPLAINT

LAW OFFICES OF
BEST BEST & KRIEGER LLP
3390 UNIVERSITY AVENUE, 5TH FLOOR
P.O. BOX 1028
RIVERSIDE, CA 92502

**V.**

## SECOND CLAIM FOR RELIEF

### Avoidance of Post-Petition Transfer

### Pursuant to 11 U.S.C. § 549(a)(1)

13.     The Trustee re-alleges and incorporates herein by this reference each and every allegation contained in paragraphs 1 through and including 10 of this Complaint.

14.     The Trustee seeks to avoid the Transfer of the Solano Property from the Debtors to Defendant Safe Swap LLC.

15.     The Trustee is informed and believes that the Transfer was not for fair consideration and that the transferee, Defendant, Safe Swap is not a good faith purchaser within the meaning of 11 U.S.C. §549(c).

16.     Such transfer is avoidable pursuant to 11 U.S.C. § 549(a)(1).

**VI.**

## THIRD CLAIM FOR RELIEF

### Recovery of Property or its Value Against Safe Swap LLC and/or Debtors

### Pursuant to 11 U.S.C. § 550(a)

17.     The Trustee re-alleges and incorporates herein by this reference each and every allegation contained in paragraphs 1 through and including 15 of this Complaint.

18.     To the extent the Transfer of the Solano Property is avoided, the Trustee seeks a judgment for recovery of the Solano Property and/or its value from Defendant Safe Swap LLC , as the initial transferee of the transfer, and/or Defendants the Debtors, as the entities for whose benefit such transfer was made, pursuant to 11 U.S.C. § 550(a).

**VII.**

## FOURTH CLAIM FOR RELIEF

### Preservation of Avoided Transfers as Property of the Bankruptcy Estate

### Pursuant to 11 U.S.C. §§ 551 and 541(a)(4)

19.     The Trustee re-alleges and incorporates herein by this reference each and every allegation contained in paragraphs 1 through and including 17 of this Complaint.

20.     To the extent the Transfer of the Solano Property is avoided, the Trustee seeks a judgment that the Transfer be preserved for the benefit of the Bankruptcy Estate of the Debtors pursuant to 11 U.S.C. § 551, that it is included in property of the Bankruptcy Estate of the Debtors pursuant to 11 U.S.C. § 541(a)(4), and that it is subject to the Trustee's First Claim for Relief for a declaratory judgment.

WHEREFORE, the Trustee prays for the following relief:

1.  On the First Claim for Relief, a declaratory judgment that the Solano Property constitutes property of the Bankruptcy Estate of the Debtors pursuant to 11 U.S.C. ¶ 541(a), including but not limited to subdivisions (1), (3) and (4);

2.  On the Second Claim for Relief, avoidance of the Transfer by Quitclaim Deed of the Solano Property from the Debtors to Defendant Safe Swap LLC pursuant to 11 U.S.C. § 549(a)(1);

3.  On the Third Claim for Relief, to the extent the Transfer by Quitclaim Deed of the Solano Property is avoided, the Trustee seeks a judgment for recovery of the Solano Property, including the value of the Solano Property, from Defendant Safe Swap LLC , as the initial transferee of the transfer, and/or Defendants the Debtors, as the entities for whose benefit such transfer was made, pursuant to 11 U.S.C. § 550(a).

4.  On the Fourth Claim for Relief, to the extent the Transfer by Quitclaim Deed of the Solano Property is avoided, the Trustee seeks a judgment that it is preserved for the benefit of the Bankruptcy Estate of the Debtors pursuant to 11 U.S.C. § 551, that it constitutes property of the Bankruptcy Estate of the Debtors and is included in property of the Bankruptcy Estate pursuant to 11 U.S.C. § 541(a)(4), and that it is subject to the Trustee's First Claim for Relief for a declaratory judgment;

/ / /

/ / /

/ / /

/ / /

LAW OFFICES OF
BEST BEST & KRIEGER LLP
3390 UNIVERSITY AVENUE, 5TH FLOOR
P.O. BOX 1028
RIVERSIDE, CA 92502

1   ///

2   ///

3   ///

4       5.   For attorneys' fees and costs to the extent available under law, and all other legal

5           and/or equitable relief the Court deems just and proper.

6

7   Dated: March 23, 2016                     BEST BEST & KRIEGER LLP

8

9   By: _____

10                                            FRANKLIN C. ADAMS
                                             CATHY TA
11                                           Attorneys for Plaintiff Robert S. Whitmore,
                                             the Chapter 7 Trustee for the Bankruptcy
12                                           Estate of Paul Merrigan and Holly
                                             Merrigan

13

LAW OFFICES OF
BEST BEST & KRIEGER LLP
3390 UNIVERSITY AVENUE, 5TH FLOOR
P.O. BOX 1028
RIVERSIDE, CA 92502

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT 1

B6A (Official Form 6A) (12/07)

IN RE Merrigan, Paul & Merrigan, Holly                                    Case No. 6:14-bk-18984-WJ
_____                                           _____
Debtor(s)                                                          (If known)

## SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **Solano county land**<br>**Lien was recorded in the amount of $134,028**<br>**Delinquent taxes in the amount of $19,000** | | | 185,000.00 | 153,028.00 |
| | | | | |
| | | TOTAL | 185,000.00 | |

(Report also on Summary of Schedules)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6A (Official Form 6A) (12/07)

IN RE Merrigan, Paul & Merrigan, Holly                          Case No. 6:14-bk-18984-WJ
_____                        _____
            Debtor(s)                                                    (If known)

## AMENDED SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Solano county land located at: 815 River Way, Vallejo, CA 94590 Lien was recorded in the amount of $134,028 Delinquent taxes in the amount of $19,000 | | | 185,000.00 | 153,028.00 |
| | | TOTAL | 185,000.00 | |

(Report also on Summary of Schedules)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# EXHIBIT 2

Recording requested by (name):

Holly Merrigan

And when recorded, mail this deed and tax
statements to (name and address):

Holly Merrigan

47037 Marrakesh Drive

Palm Desert. CA 92260

Recorded in Official Records, Solano County

**Marc C. Tonnesen**
Assessor/Recorder

8/01/2014
2:37 PM
AR51
5S

P MERRIGAN

Doc#: **201400057764**

Titles:  1   Pages:  3

Fees      39.00
Taxes     94.60
Other      0.00
PAID    $133.60

# QUITCLAIM DEED

APN: 0067-040-220

DOCUMENTARY TRANSFER TAX $ 94.60
EXEMPTION (R&T CODE) 11925 (d)
EXPLANATION transfer to trust

Signature of Declarant or Agent determining tax

For a valuable consideration, receipt of which is hereby acknowledged,

Paul F and Holly C Merrigan
(Disclaiming Party(ies))

hereby quitclaim(s) to Safe Swap LLC
(Property Owner(s))

the following real property in the City of unincorporated _____, County of
Solano _____, California: (insert legal description)

35 unimproved acres (description attached)

Date: 7-26-14

(Signature of declarant)
Paul F Merrigan
(Typed or written name of declarant)

Date: 7/26/14

(Signature of declarant)
Holly C Merrigan
(Typed or written name of declarant)

State of California
County of RIVERSIDE

**NOTARY SEAL**

On JULY 26th, 2014, before me,
NAYAN P GHELANI, a notary public, personally appeared PAUL F.
MERRIGAN AND HOLLY MERRIGAN who proved to me on the basis of
satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the
within instrument and acknowledged to me that he/she/they executed the same in
his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the
instrument the person(s), or the entity upon behalf of which the person(s) acted,
executed the instrument.

I certify under PENALTY OF PERJURY under the laws of
the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

NAYAN P. GHELANI
COMM. #2000011
Notary Public-California
RIVERSIDE
My Commission Expires Dec. 31, 2016

Signature of Notary

## LEGAL DESCRIPTION

Real property in the unincorporated area of the County of Solano, State of California, described as follows:

PARCEL ONE:

ALL THAT REAL PROPERTY SITUATE IN THE COUNTY OF SOLANO, STATE OF CALIFORNIA, DESCRIBED AS FOLLOWS:

BOUNDED ON THE EAST BY THE SHORE LINE OF NAPA RIVER: BOUNDED ON THE NORTH BY THE CENTER LINE OF DUTCHMAN SLOUGH AND BY THE LAND DESCRIBED IN THE DEED FROM THE IRVINE COMPANY TO MAURICE CULLINAN AND OTHERS DATED SEPTEMBER 18, 1951, AND RECORDED OCTOBER 3, 1951 IN BOOK 594 OF OFFICIAL RECORDS, PAGE 463, AS RECORDER'S INSTRUMENT NO. 12424; BOUNDED ON THE WEST BY THE LAND DESCRIBED IN THE DEED TO MAURICE CULLINAN AND OTHERS HERETOFORE PREFERRED TO; BOUNDED ON THE SOUTH AND WEST BY LANDS DESCRIBED IN THE FINAL JUDGMENT IN DECLARATION OF TAKING, DATED SEPTEMBER 7, 1948, AND RECORDED OCTOBER 4, 1948 IN BOOK 454 OF OFFICIAL RECORDS, PAGE 538, AS RECORDER'S INSTRUMENT NO. 10355, AND IN BOOK 454 OF OFFICIAL RECORDS, PAGE 540, RECORDERS INSTRUMENT NO. 10356, AND BOUNDED ON THE SOUTH BY STATE HIGHWAY NO. X-SOL-208-A, ALSO KNOWN AS SEARS POINT ROAD.

EXCEPTING THEREFROM THOSE CERTAIN PARCELS OF LAND (FOR HIGHWAY PURPOSES) DESCRIBED IN THE FOLLOWING DEEDS TO THE STATE OF CALIFORNIA:

(A) DESCRIBED IN THE DEED FROM GEORGE W. REED AND WIFE, DATED MARCH 13, 1959 AND RECORDED MAY 21, 1959 IN BOOK 975 OF OFFICIAL RECORDS, PAGE 593, AS RECORDER'S INSTRUMENT NO. 10543.

(B) DESCRIBED IN THE DEED FROM RIVER PROPERTIES, INC., A CORPORATION, DATED SEPTEMBER 12, 1960, AND RECORDED OCTOBER 21, 1960 IN BOOK 1049 OF OFFICIAL RECORDS, PAGE 423, AS RECORDER'S INSTRUMENT NO. 20680.

(C) DESCRIBED IN THE DEED FROM RIVER PROPERTIES, INC., A CORPORATION, DATED JANUARY 12, 1961, AND RECORDED APRIL 4, 1961, IN BOOK 1073 OF OFFICIAL RECORDS, PAGE 527, AS RECORDER'S INSTRUMENT NO. 6985.

(D) DESCRIBED IN DEED FROM JOYCE MARCIA PRITCHETT, TRUSTEE, RECORDED JULY 19, 1999, INSTRUMENT NO. 1999-00062618.

FURTHER EXCEPTING THEREFROM ANY PORTION OF THE HEREINBEFORE DESCRIBED PROPERTY LYING BELOW THE MEAN HIGH TIDE LINE OF DUTCHMAN'S SLOUGH OR THE NAPA RIVER AND ITS TRIBUTARIES.

PARCEL TWO:

AN EASEMENT FOR ROADWAY PURPOSES, AS SET FORTH IN THE DIRECTOR'S DEED FROM THE STATE OF CALIFORNIA TO GEORGE W. REED, A SINGLE MAN, DATED OCTOBER 30, 1967 AND RECORDED NOVEMBER 15, 1967 IN BOOK 1480 OF OFFICIAL RECORDS, PAGE 288, INSTRUMENT NO. 19652, MORE PARTICULARLY DESCRIBED AS FOLLOWS:

A PORTION OF PROJECT ED SECTION 10, 3 N., R. 4 W., M.D.B. & M. DESCRIBED AS FOLLOWS:

BEGINNING AT A POINT ON COURSE NUMBERED (5) AS DESCRIBED IN DEED TO THE STATE OF CALIFORNIA RECORDED MAY 21, 1959 IN VOLUME 975 OF OFFICIAL RECORDS, PAGE 593, SOLANO COUNTY RECORDS, DISTANT ALONG SAID COURSE NUMBERED (5); NORTH 70° 15' 00" WEST, 84.73 FEET FROM THE EASTERLY TERMINUS OF SAID COURSE NUMBERED (5); THENCE SOUTH 53° 45' WEST, 263.19 FEET; THENCE ALONG A TANGENT CURVE TO THE

Page 3

Order No.:  **56102-1202249-12**

RIGHT HAVING A RADIUS OF 610 FEET, THROUGH AN ANGLE OF 34° 35' 20", AN ARC
DISTANCE OF 368.25 FEET; THENCE SOUTH 88° 20' 20" WEST, 152.91 FEET; THENCE NORTH
1° 39' 40" WEST, 30 FEET; THENCE SOUTH 87° 55' 11" EAST, 153.24 FEET; THENCE FROM A
TANGENT THAT BEARS NORTH 88° 20' 20" EAST, ALONG A CURVE TO THE LEFT, HAVING A
RADIUS OF 590 FEET, THROUGH AN ANGLE OF 34° 35' 20" AN ARC DISTANCE OF 356.18 FEET;
THENCE NORTH 53° 45' EAST, 249.70 FEET TO SAID COURSE NUMBERED(5) THENCE ALONG
SAID COURSE NUMBERED (5), SOUTH 70° 15' 00" EAST, 24.13 FEET TO THE POINT OF
BEGINNING.

APN: 0067-040-220

END OF
DOCUMENT

Page 4

Order No.:  **56102-1202249-12**

B1040 (FORM 1040) (12/15)

| ADVERSARY PROCEEDING COVER SHEET<br>(Instructions on Reverse) | ADVERSARY PROCEEDING NUMBER<br>(Court Use Only) |
|---|---|

| PLAINTIFFS<br>ROBERT S. WHITMORE, the Chapter 7 Trustee of the Bankruptcy Estate of Paul Merrigan and Holly Merrigan | DEFENDANTS<br>SAFE SWAP LLC, a California limited liability company; PAUL MERRIGAN, an individual; HOLLY MERRIGAN, an individual. |
|---|---|
| **ATTORNEYS** (Firm Name, Address, and Telephone No.)<br>Best Best & Krieger LLP (Franklin C. Adams; Cathy Ta)<br>3390 University Avenue, 5th Floor, Riverside CA  92502<br>Tel.:  (951) 686-1450 | **ATTORNEYS** (If Known)<br>Unknown |

| PARTY (Check One Box Only)<br>☐ Debtor   ☐ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor   ☐ Other<br>☒ Trustee | PARTY (Check One Box Only)<br>☒ Debtor   ☐ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor   ☒ Other (transferee)<br>☐ Trustee |
|---|---|

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)
(1) Determination that Property is Property of the Bankruptcy Estate Pursuant to 11 U.S.C. § 541(a)
(2) Avoidance of Post-Petition Transfer Pursuant to 11 U.S.C. § 549(a)(1)
(3) Recovery of Property or its Value Pursuant to 11 U.S.C. § 550(a)
(4) Preservation of Avoided Transfer as Property of the Bankruptcy Estate Pursuant to 11 U.S.C. §§ 551 and 541(a)(4)

## NATURE OF SUIT

(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 70 01( 1 ) – Recovery of Money/Property**
☐ 11-Recovery of money/propert y - §542 turnover of property
☐ 12-Recovery of money/property - §547 preference
☐ 13-Recovery of money/property - §548 fraudulent transfer
☒ 14-Recovery of money/property – other (§549 post-petition transfer)

**FRBP 70 01 (2) – Validity, Priority or Extent of Lien**
☐ 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001( 3 ) – Approval of Sale of Property**
☐ 31-Approval of sale of property of estate and of a co-owner – §363(h)

**FRBP 7001(4 ) – Objection/ Revocation of Discharge**
☐ 41-Objection/re vocation of discharge - §727(c),(d),(e)

**FRBP 7001(5) – Revocation of Confirmation**
☐ 51-Revocation of confirmation

**FRBP 7001(6) – Dischargeability**
☐ 6 6 -Dischargeability - §523(a)(1),(14),(14A) priority tax claims
☐ 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud
☐ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny

**(continued next column)**

**FRBP 70 01(6) – Dischargeability (continued)**
☐ 61 -Dischargeability- §523(a)(5), domestic support
☐ 68-Dischargeability - §523(a)(6), willful and malicious injury
☐ 63-Dischargeability - §523(a)(8), student loan
☐ 64-Dischargeability - §523(a)(15), divorce or separation obligation (other than domestic support)
☐ 6 5 -Dischargeability - other

**FRBP 70 01(7) – Injunctive Relief**
☐ 71 -Injunctive relief- imposition of stay
☐ 72-Injunctive relief - other

**FRBP 70 01(8) Subordination of Claim or Interest**
☐ 81 -Subordination of claim or interest

**FRBP 70 01(9) Declaratory Judgment**
☒ 91 -Declaratory judgment

**FRBP 70 01(10) Deter mi nation of Remove d Act ion**
☐ 01 -Determination of removed claim or cause

**Other**
☐ SS-SIPA Case - 15 U.S.C. §§78aaa *et.seq.*
☐ 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

| ☐ Check if this case involves a substantive issue of state law | ☐ Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| ☐ Check if a jury trial is demanded in complaint | ☒ Demand $ -tt.00 |
| Other Relief Sought |  |


American LegalNet, Inc.
www.FormsWorkFlow.com

23336.00087\24582380.1

**B1040 (FORM 1040) (12/15)**

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES | | |
|---|---|---|
| NAME OF DEBTOR<br>Paul Merrigan; Holly Merrigan | BANKRUPTCY CASE NO.<br>6:14-bk-18984-WJ | |
| DISTRICT IN WHICH CASE IS PENDING<br>Central | DIVISION OFFICE<br>Riverside | NAME OF JUDGE<br>Wayne Johnson |
| RELATED ADVERSARY PROCEEDING (IF ANY) | | |
| PLAINTIFF | DEFENDANT | ADVERSARY<br>PROCEEDING NO. |
| DISTRICT IN WHICH ADVERSARY IS PENDING | DIVISION OFFICE | NAME OF JUDGE |
| SIGNATURE OF ATTORNEY (OR PLAINTIFF) | | |
| DATE<br><br>3-23-16 | PRINT NAME OF ATTORNEY (OR PLAINTIFF)<br><br>Franklin C. Adams | |

## INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also must complete and file Form 1040, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding electronically through the court's Case Management/Electronic Case Filing system (CM/ECF). (CM/ECF captures the information on Form 1040 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs** and **Defendants.** Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party.** Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not represented by an attorney, the plaintiff must sign.


American LegalNet, Inc.
www.FormsWorkFlow.com