**FILED & ENTERED**

MAR 23 2017

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY gooch    DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>PAUL MERRIGAN and<br>HOLLY MERRIGAN,<br><br>　　　　　　　　　Debtors. | Case No.: 6:14-bk-18984-WJ<br><br>CHAPTER 7<br><br>Adv. Proc. No. 6:16-ap-01076-WJ |
| ROBERT S. WHITMORE, the chapter 7 trustee for the bankruptcy estate of Paul Merrigan and Holly Merrigan,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　　　　v.<br><br>SAFE SWAP LLC, a California limited liability company<br>PAUL MERRIGAN, an individual<br>HOLLY MERRIGAN, an individual,<br><br>　　　　　　　　　Defendants. | **ORDER DENYING MOTION TO WITHDRAW AS COUNSEL FOR RECORD FOR DEFENDANTS PAUL MERRIGAN AND HOLLY MERRIGAN**<br><br>Hearing:<br>Date:　March 23, 2017<br>Time:　1:30 p.m.<br>Place:　United States Bankruptcy Court<br>　　　　Courtroom 304<br>　　　　3420 Twelfth Street<br>　　　　Riverside, CA 92501 |

1  On March 23, 2017 at 1:30 p.m., the Court held a hearing regarding the motion of Baruch C. Cohen, Esq. to withdraw as attorney of record for the defendants Paul Merrigan and Holly Merrigan ("Motion") [docket number 47].  There were no appearances.  Therefore, the Court adopted its tentative ruling as the final ruling and denied the Motion.

Accordingly, the Court hereby ORDERS as follows:

1. The Motion is denied for the reasons stated in the Court's tentative ruling.

IT IS SO ORDERED.

###

Date: March 23, 2017

_____
Wayne Johnson
United States Bankruptcy Judge