United States Bankruptcy Court
Central District of California
Riverside
Judge Wayne Johnson, Presiding
Courtroom 304 Calendar

Thursday, March 23, 2017                                              Hearing Room   304

1:30 PM
**6:14-18984    Paul Merrigan**                                       Chapter 7
Adv#: 6:16-01076    Whitmore v. Safe Swap LLC et al

#16.00    Hrg re motion to withdraw as counsel of record for defendants Paul Merrigan and Holly Merrigan

                        Docket    47

**Matter Notes:**

PRESENT:

_____

_____

_____

( )    Motion granted.

(X)    Motion denied.

( )    Prevailing party shall prepare an order.

(X)    Chambers shall prepare an order.

( )    Vacated. Matter is moot due to dismissal or conversion of case.

( )    Continued to _____.

( )    Motion withdrawn.

# United States Bankruptcy Court
## Central District of California
### Riverside
### Judge Wayne Johnson, Presiding
### Courtroom 304 Calendar

**Thursday, March 23, 2017**                                     **Hearing Room    304**

**1:30 PM**
**CONT...    Paul Merrigan**                                                 **Chapter 7**

**Tentative Ruling:**

**3/23/2017:**

The tentative ruling of the Court is to deny the motion without prejudice for improper notice. The proof of service does not indicate that the debtors were served with notice and motion in accordance with LBR 2091-1(c)(1).

### Party Information

**Debtor(s):**

Paul Merrigan                                     Represented By
                                                        Mary Der-Parseghian - INACTIVE -

**Defendant(s):**

Holly Merrigan                                 Represented By
                                                        Baruch C Cohen

Paul Merrigan                                     Represented By
                                                        Baruch C Cohen

Safe Swap LLC                                 Represented By
                                                        Kevin Kennedy

**Joint Debtor(s):**

Holly Merrigan                                 Represented By
                                                        Mary Der-Parseghian - INACTIVE -

**Plaintiff(s):**

Robert S. Whitmore                        Represented By
                                                        Franklin C Adams
                                                        Cathy Ta

**Trustee(s):**

Robert Whitmore (TR)                 Represented By
                                                         Franklin C Adams
                                                         Cathy Ta